FILED: January 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1074

(1:14-cv-00961-CMH-TCB)

_____

DAVID A. STEBBINS

        Plaintiff - Appellant

v.

EDUCAP, INC.

        Defendant - Appellee

and

MORGAN DOUGHTY; NICHOLAS HOOD; RICHARD HOOD; HOOD & STACY, P.A.

        Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:14-cv-00961-CMH-TCB |
| Date notice of appeal filed in originating court: | 01/14/2014 |

| Appellant (s) | David A. Stebbins |
| --- | --- |
| Appellate Case Number | 15-1074 |
| Case Manager | Cathy Tyree Herb 804-916-2702 |