# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 20, 2015

_____

## RECORD REQUEST

_____

No. 15-1074,   <u>David Stebbins v. EduCap, Inc.</u>
                1:14-cv-00961-CMH-TCB

TO:   Fernando Galindo

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in social security cases, please transmit any social security records filed in the district court. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

**Please send the transferred IFP application (your d/e 43/45)  via email or as a 'sealed district court document' via cmecf so that we may docket it here.**

Cathy Tyree Herb, Deputy Clerk
804-916-2702