UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**DAVID STEBBINS**                                                      Appellant/Plaintiff

VS.                              CASE NO. 15-1074

**EDUCAP, INC.**                                                        Appellee/Defendant

**COVER LETTER AND NOTICE OF INCORRECT SERVICE DATE**

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Notice to this Court.

At the end of this brief, you will see that it states that the Brief was served on the Defendant on February 3, 2015. This was the date I originally intended to upload this brief and mail it to the Appellee. However, something came up (I don't go into detail what; since I'm within the time limit all the same, it hardly matters), and I was not able to do so until now.

Hopefully, this cover letter should clear up any confusion you may have.

So notified on this, the 13th day of February, 2015.

*[signature: David Stebbins]*

123 W. Ridge St.
ATP D
Harrison, AR 72601
(870) 204 – 6516
stebbinsd@yahoo.com